# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JENNIFER COLLIER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | : | No. 697 EAL 2015 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NATIONAL PENN BANK, NATIONAL PENN BANCSHARES, INC. AND KNBT BANCORP, INC., | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.